WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
ERIC R. GLITZENSTEIN, D.C. BAR NO. 358287
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206, (202) 588-5049 fax

MELISSA THRAILKILL, CAL. BAR NO. 256674
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682

*Attorneys for Plaintiff Center for Biological Diversity*

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
JEAN E. WILLIAMS, CHIEF
LISA L. RUSSELL, ASSISTANT CHIEF
ERIK E. PETERSEN, D.C. BAR NO. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0339, (202) 305-0275 fax

*Attorneys for Federal Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, | ) )  )  **Case No. 3:08-cv-04595 WHA** |
| Plaintiff, | ) ) |
| v. | ) **STIPULATED REQUEST TO** |
| | ) **STAY BRIEFING SCHEDULE** |
| **DIRK KEMPTHORNE**, <u>et al.</u>, | ) **AND ORDER** |
| | ) |
| Defendants. | ) |

The Court's January 23, 2009 Scheduling Order provides that, in light of the parties' settlement discussions, no later than February 13, 2009 they must either file a notice informing the Court that they will proceed with litigation, or, alternatively request to stay the briefing schedule in light of substantial progress in settlement discussions by that time.

At this time, the parties agree that they have made and are continuing to make substantial progress towards settlement and therefore request that the Court stay the briefing schedule. The parties anticipate that settlement discussions will be finalized, and they will be in a position to file a proposed Settlement Agreement with the Court, no later than April 15, 2009.

Accordingly, it is hereby agreed and the parties stipulate, subject to the Court's approval, that this action is hereby STAYED; and it is further agreed that, by no later than April 15, 2009, the parties shall either file a proposed Settlement Agreement or a notice informing the Court about the status of settlement negotiations.

Respectfully Submitted,

/s/ William S. Eubanks II
WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
ERIC R. GLITZENSTEIN, D.C. BAR NO. 358287
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

/s/ Melissa Thrailkill
MELISSA THRAILKILL, CAL. BAR NO. 256674
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682, ext. 313

*Attorneys for Plaintiff Center for Biological Diversity*

STIPULATED REQUEST TO
STAY BRIEFING SCHEDULE - 2

1
2
3
4
5
6
7
8
9
10
11
12

        /s/ Erik E. Petersen
ERIK E. PETERSEN, D.C. BAR NO. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0339, (202) 305-0275 fax

*Attorney for federal Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February 17, 2009

William H. Alsup
U.S. District Judge

*IT IS SO ORDERED — Judge William Alsup (signature stamp)*

STIPULATED REQUEST TO
STAY BRIEFING SCHEDULE - 3