JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
JEAN E. WILLIAMS, CHIEF
LISA L. RUSSELL, ASSISTANT CHIEF
ERIK E. PETERSEN, D.C. BAR NO. 489073
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0339, (202) 305-0275 fax

*Attorneys for Federal Defendants*

WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
ERIC R. GLITZENSTEIN, D.C. BAR NO. 358287
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206, (202) 588-5049 fax

MELISSA THRAILKILL, CAL. BAR NO. 256674
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682

*Attorneys for Plaintiff Center for Biological Diversity*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, | ) ) |
| Plaintiff, | ) **Case No. 3:08-cv-04595 WHA** ) |
| v. | ) **STIPULATED REQUEST TO** ) **EXTEND STAY OF BRIEFING SCHEDULE** |
| **KEN SALAZAR, et al.**, | ) **AND ORDER** ) |
| Defendants. | ) |

The Court's January 23, 2009 Scheduling Order provides that, in light of the parties' settlement discussions, no later than February 13, 2009, the parties were to file either a notice informing the Court that they will proceed with litigation, or, alternatively request to stay the briefing schedule in light of substantial progress in settlement discussions by that time.  On February 13, 2009, the parties filed a stipulated request to stay the briefing schedule, and on February 17, 2009, this Court granted a stay that provides that no later than April 15, 2009, the parties shall either file a proposed Settlement Agreement or a notice informing the Court about the status of settlement negotiations.

The parties believe that they have reached an agreement in principle and that they will soon finalize the settlement agreement.  At this time, the parties are awaiting final approval of the agreement by officials of the Department of the Interior and the Department of Justice.  These approvals will not be obtained early enough for the parties to meet the April 15, 2009 deadline.  Therefore, the parties request that the Court extend the stay of the briefing schedule.  The parties now anticipate that settlement discussions will be finalized, and they will be in a position to file a proposed Settlement Agreement with the Court, no later than ~~May 15~~ May 1, 2009.

Accordingly, it is hereby agreed and the parties stipulate, subject to the Court's approval, that this action is hereby STAYED; and it is further agreed that, by no later than ~~May 15~~ May 1, 2009, the parties shall either file a proposed Settlement Agreement or a notice informing the Court about the status of settlement negotiations.

STIPULATED REQUEST TO
STAY BRIEFING SCHEDULE - 2

Respectfully Submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
JEAN E. WILLIAMS, CHIEF
LISA L. RUSSELL, ASSISTANT CHIEF

　　　/s/ Erik E. Petersen
ERIK E. PETERSEN, D.C. BAR NO. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0339, (202) 305-0275 fax

*Attorneys for Federal Defendants*

　　　/s/ William S. Eubanks II
WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. Bar. No. 446189
ERIC R. GLITZENSTEIN, D.C. BAR NO. 358287
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

　　　/s/ Melissa Thrailkill
MELISSA THRAILKILL, CAL. BAR NO. 256674
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682, ext. 313

*Attorneys for Plaintiff Center for Biological Diversity*

STIPULATED REQUEST TO
STAY BRIEFING SCHEDULE - 3

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED
2 |
3 | Dated: April 13, 2009     _____
4 | William H. Alsup
  | U.S. District Judge

STIPULATED REQUEST TO
STAY BRIEFING SCHEDULE - 4